peals for the Eighth Circuit denied. *Mr. James B. Mc-Donough* for petitioner. *Mr. Edward J. White* and *Mr. Thomas B. Pryor* for respondent.

---

No. 566. ADAM KLUCHINSKY ET AL., ETC. *v.* JOHN ZERNOSKY, ETC. October 22, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. Roscoe R. Koch* for petitioners. *Mr. Daniel C. Donoghue* and *Mr. M. J. Ryan* for respondent.

---

No. 567. ALGIONAL H. RAE, CLAIMANT OF 1,250 CASES OF INTOXICATING LIQUORS, *v.* UNITED STATES;

No. 568. CHARLES EUGENE ALBURY, CLAIMANT OF THE SCHOONER HENRY L. MARSHALL, *v.* UNITED STATES; and

No. 569. CHARLES EUGENE ALBURY, CLAIMANT OF THE SCHOONER HENRY L. MARSHALL, *v.* UNITED STATES. October 22, 1923. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas B. Felder, Mr. Pierre M. Brown* and *Mr. Horace L. Cheyney* for petitioners. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United Stat~

---

No. 577. PACIFIC AMERICAN FISHERIES *v.* EMIL HOOF. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Evan S. McCord* and *Mr. Stephen V. Carey* for petitioner. No appearance for respondent.

---

No. 578. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY *v.* SPENCER, KELLOGG & SONS, INC. October 22, 1923. Petition for a writ of certiorari to the